June 30, 2015

82,799-01

Lorenzo Graves, 01869633
1536 IH 10 East
Fort Stockton, TX 79735

Court of Criminal Appeals of Texas
PO Box 12308
Capitol Station
Austin, TX 78711

Re: W-23535-A-1 / WR-83,799-01

Dear Mr. Acosta,

I wrote you a few weeks ago wanting to obtain an answer as to why my 11.07 request was denied. You responded that I would need to contact my attorney or the SCFO representative. Since I filed my 11.07 pro se I do not have either one of these.

Would you please be kind enough to forward to me the reason(s) as to why my 11.07 was denied.

Thank you in advance for your assistance in this area.

Have a great day.

Sincerely,
Lorenzo Graves #1869633

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 06 2015

Abel Acosta, Clerk